**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
———————————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**November 14, 2011**

**CASE NUMBER:  CV 11-05341 CRB**
**CASE TITLE:  MediaTek Inc.-v-Freescale Semiconductor, Inc.**

<u>AMENDED REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: November 14, 2011

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 11/14/11 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA